Law Offices of Travis Gagnier, Inc., P.S.
Attorney at Law
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA  98063-3949
253-941-0234; gagnierecf@bestbk.com

Honorable Brian D. Lynch
CHAPTER 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

**GROVE, Randy O. & Sarah A.,**

Debtors.
_____
**GROVE, Randy O. & Sarah A.,**

Plaintiffs,

vs.

**SAFECO INSURANCE COMPANY OF AMERICA INC., A LIBERTY MUTUAL COMPANY,**

Defendant.

Number 20-40778

Adversary Number: 20-

**COMPLAINT TO DETERMINE VALIDITY AND EXTENT OF LIEN**

Randy O. Grove and Sarah A. Grove (hereinafter "Plaintiffs") alleges as follows:

## 1. Jurisdiction

1. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334 & 28 U.S.C. § 157(b)(2)(G). This matter relates to a case under Title 11 of the United States Code. This proceeding is defined as a "core proceeding" as that is defined in the Code. Plaintiffs consent to entry of final orders or judgment by the bankruptcy court in this adversary proceeding.

## 2. History

2. That Plaintiffs filed their Chapter 13 bankruptcy case in the United States bankruptcy court for the Western District of Washington on March 17, 2020 under case number 20-40778.

COMPLAINT - 1

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA  98063-3949
Phone: (253) 941-0234   Fax: 941-0476

Case 20-04024-BDL    Doc 1    Filed 04/25/20    Ent. 04/25/20 08:17:15    Pg. 1 of 3

3. That this Court upon the filing of the Petition duly entered an Order for Relief under the provisions of the Bankruptcy Code.

4. That Michael G. Malaier was appointed the chapter 13 Trustee in the Plaintiffs' Chapter 13 case and serves in that capacity in this case.

5. That at all times material herein Defendant, Safeco Insurance Company of America Inc., A Liberty Mutual Company (hereinafter "Defendant" or "Safeco") has conducted business in the State of Washington.

### 3. Factual Allegations

6. That at all times material herein Plaintiff had in effect an automobile policy of insurance in regards to Plaintiffs' automobile as evidenced by Policy Number H2159541 with Defendant.

7. That on or about the 12th day of June 2019, Plaintiff, Sarah A. Grove was involved in an automobile accident (hereinafter "Accident").

8. Due to the Accident, Plaintiff incurred medical expenses. Defendant paid some of the medical expenses under that portion of the Safeco's automobile policy known as Personal Injury Protection (hereinafter "PIP"). Upon making said payments, Defendant established a claim known internally by Defendant as Safeco "Claim No. 040276022".

9. That subsequent to the Accident, Plaintiff Sarah A. Grove employed attorney Sears Injury Law, PLLC to represent her in pursuing a claim against the tortfeasor.

10. The tortfeasor's insurer, Geico, has offered to settle Plaintiffs' claims for the sum of $16,660.35 (hereinafter "Settlement Proceeds").

11. Defendant may claim a lien or right of reimburement on any Settlement Proceeds paid by Geico and or any judgment obtained against the tortfeasor based upon its payment of certain medical bills arising out of the Accident and Safeco's above referenced insurance policy (including but not limited to payments made under PIP) although it did not yet filed a proof of claim in the Grove Chapter 13 bankruptcy proceeding.
COMPLAINT - 2

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234  Fax: 941-0476

12. Prior to the date of filing of the bankruptcy, Defendant did not file or otherwise perfect a claim of lien pursuant to Washington state law in Plaintiffs' claim (the settlement or judgment proceeds from the tortfeasor and/or its insurer). At most, Defendant has an unsecured claim in Plaintiffs underlying bankruptcy proceeding.

### 4. Prayer for Relief

WHEREFORE, Plaintiff respectfully prays for the following relief:

1. That this Court entered a Judgment declaring that Defendant does not have a valid and enforceable lien or right to payment from Defendants' Settlement Proceeds or Judgment that may be recovered due to the Accident.

2. That Plaintiffs have such further and other relief as the Court deems just and proper.

Dated this 25th day April 2020

Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Plaintiffs

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel

COMPLAINT - 3

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234   Fax: 941-0476

Case 20-04024-BDL    Doc 1    Filed 04/25/20    Ent. 04/25/20 08:17:15    Pg. 3 of 3