**Below is the Judgment of the Court.**



**Brian D. Lynch
U.S. Bankruptcy Court Judge**

(Dated as of Entered on Docket date above)

___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GROVE, Randy O. & Sarah A., Debtors. | Number 20-40778 |
| GROVE, Randy O. & Sarah A., Plaintiffs, | Adversary Number: 20-04024 |
| vs. | **JUDGMENT** |
| SAFECO INSURANCE COMPANY OF AMERICA INC., A LIBERTY MUTUAL COMPANY, Defendant. | |

THIS MATTER having come on regularly based upon the Motion and Declaration for Judgment and the Court having reviewed the files and records herein and being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED AND DECREED that Safeco Insurance Company of America Inc., does not have a valid and enforceable lien or right of payment against the Settlement Proceeds of $16,660.35 and or judgment against the tortfeasor in regards to an automobile accident that took place on or about the 12th day of June 2019 involving the Plaintiff Sarah A. Grove in regards to Safeco's automobile Policy Number H2159541 (and Safeco's claim known internally as Safeco "Claim No. 040276022").

///End of Order///

JUDGMENT - 1

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234   Fax: 941-0476

Case 20-04024-BDL    Doc 12    Filed 06/12/20    Ent. 06/12/20 12:49:34    Pg. 1 of 2

**Below is the Judgment of the Court.**

Presented by:
Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Plaintiffs

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel

JUDGMENT - 2

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234   Fax: 941-0476

Case 20-04024-BDL    Doc 12    Filed 06/12/20    Ent. 06/12/20 12:49:34    Pg. 2 of 2